IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCO SIMMONS                                          PLAINTIFF

        v.                  Civil No. 6:09-cv-06054

JAMES LANGLEY, Jailer,
Clark County Jail                                        DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Marco A. Simmons, filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

At the time Plaintiff filed this case, he was incarcerated in the Clark County Detention Center (CCDC) (ECF No. 2). On October 29, 2009, and December 10, 2009, mail sent to Plaintiff at the CCDC was returned as undeliverable. On December 17, 2009, Court staff were able to determine Plaintiff was incarcerated in the Tucker Unit of the Arkansas Department of Correction and a change of address was entered (ECF No. 11).

On May 9, 2011, mail was again returned to the Court as undeliverable. On June 23, 2011, Defendants filed a notice of returned mail (ECF No. 32). On July 5, 2011, Defendants filed a motion to dismiss (ECF No. 33). In the motion, Defendants indicate all mail sent to Plaintiff has been returned as undeliverable.

Since May 2011, this Court has not had a valid address for the Plaintiff. When he filed this case, Plaintiff was advised that it was his obligation to keep the Court informed of any changes in his address.

I therefore recommend that the motion to dismiss (ECF No. 33) be granted and this case

dismissed without prejudice.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of July 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE