```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
               HOT SPRINGS DIVISION
```

MARCO SIMMONS                                          PLAINTIFF

    V.                    Civil No. 09-6054

JAMES LANGLEY, Jailer,
Clark County Jail                                      DEFENDANT

## O R D E R

On this 29th day of August 2011, there comes on for consideration the report and recommendation filed in this case on July 25, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 35). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge